# EXHIBIT A

US005679977A

# United States Patent [19]

## Khandros et al.

[11] Patent Number: 5,679,977

[45] Date of Patent: *Oct. 21, 1997

[54] **SEMICONDUCTOR CHIP ASSEMBLIES, METHODS OF MAKING SAME AND COMPONENTS FOR SAME**

[75] Inventors: **Igor Y. Khandros**, Peekskill; **Thomas H. Distefano**, Bronxville, both of N.Y.

[73] Assignee: **Tessera, Inc.**, San Jose, Calif.

[*] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,148,266.

[21] Appl. No.: **30,194**

[22] Filed: **Apr. 28, 1993**

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 586,758, Sep. 24, 1990, Pat. No. 5,148,266, and Ser. No. 673,020, Mar. 21, 1991, Pat. No. 5,148,265, and a continuation of Ser. No. 765,928, filed as PCT/US91/06920, Sep. 24, 1991, Pat. No. 5,347,159.

[51] Int. Cl.[6] .................... H01L 23/48; H01L 23/52
[52] U.S. Cl. .................... 257/692; 257/701; 257/690
[58] Field of Search ..................... 257/701, 702, 257/703, 698, 693, 692, 690

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| 1955,008 | 2/1977 | Gregor et al. |
| 3,302,067 | 1/1967 | Jackson et al. |
| 3,390,308 | 6/1968 | Marley |
| 3,426,252 | 2/1969 | Lepselter |
| 3,474,297 | 10/1969 | Bylander |

**FOREIGN PATENT DOCUMENTS**

| 072673 | 8/1982 | European Pat. Off. |
| 080041 | 9/1982 | European Pat. Off. |
| 413451 | 7/1990 | European Pat. Off. |
| 2405839 | 12/1981 | France |
| 2495839 | 12/1981 | France |

(List continued on next page.)

**OTHER PUBLICATIONS**

IBM Technical Disclosure Bulletin entitled "Non-Permanent Mounting Technique For Test and Burn-In of C4 Devices", Nov. 1990, vol. 33, No. 7.
IBM Technical Disclosure Bulletin, entitled "Extended Pad For Testing Package Parts", Dec. 1984, vol. 27, No. 7B.
IBM Technical Disclosure Bulletin entitled "Test And Repair of Direct Chip Attach Modules", Aug. 1988, vol. 31, No. 3.
"Design For Minimum Chip Joint Stress", IBM Technical Disclosure Bulletin, vol. 32, No. 7, Dec. 1989.
"Improved C4 Reliabilty Using Low Modulus Dielectric Layer", IBM Technical Disclosure Bulletin, vol. 32, No. 6A, Nov. 1989.
Nitto Product Information, "New Tab Mounting Method".
IBM Technical Disclosure Bulletin, Jan 1985, vol. 27, No. 8, p. 4855.
IBM Technical Disclosure Bulletin, "Non-Permanent Mounting Technique for Test and Burn-In of C4 Devices", Nov. 1990, vol. 33, No. 7.
IBM Technical Disclosure Bulletin, "Extended Pad for Testing Package Parts", Dec. 1984, vol. 27, No. 7B pp., 4210–4211
IBM Technical Disclosure Bulletin, "Test and Repair of Direct Chip Attach Modules", Aug. 1988, vol 31, No. 3.
Microelectrics Packaging Handbook, 1989, pp. 420–423, 1132, Rao R. Tummala and Eugen J. Rymaszewski.

Primary Examiner—Mahshid D. Saadat
Assistant Examiner—Sheila Clark
Attorney, Agent, or Firm—Lerner, David, Littenberg, Krumholz & Mentlik

[57] **ABSTRACT**

Semiconductor chip assemblies incorporating flexible, sheet-like elements having terminals thereon overlying the front or rear face of the chip to provide a compact unit. The terminals on the sheet-like element are movable with respect to the chip, so as to compensate for thermal expansion. A resilient element such as a compliant layer interposed between the chip and terminals permits independent movement of the individual terminals toward the chip driving engagement with a test probe assembly so as to permit reliable engagement despite tolerances.

**27 Claims, 19 Drawing Sheets**



**5,679,977**
Page 2

U.S. PATENT DOCUMENTS

| Patent No. | Date | Inventor |
|---|---|---|
| 3,487,541 | 1/1970 | Boswell |
| 3,611,061 | 10/1971 | Segerson |
| 3,614,832 | 10/1971 | Chance et al. |
| 3,680,037 | 7/1972 | Nellis et al. |
| 3,680,206 | 8/1972 | Roberts |
| 3,683,105 | 8/1972 | Shamash et al. |
| 3,689,991 | 9/1972 | Aird |
| 3,724,068 | 4/1973 | Galli |
| 3,772,575 | 11/1973 | Hegarty et al. |
| 3,795,037 | 3/1974 | Luttmer |
| 3,823,467 | 7/1974 | Shamash et al. |
| 3,832,769 | 9/1974 | Olyphant, Jr. et al. |
| 3,862,790 | 1/1975 | Davies et al. |
| 3,864,728 | 2/1975 | Peltz et al. |
| 3,868,724 | 2/1975 | Perrino |
| 3,925,404 | 12/1975 | Matunami |
| 4,179,802 | 12/1979 | Joshi et al. |
| 4,189,825 | 2/1980 | Robillard et al. |
| 4,237,607 | 12/1980 | Ohno |
| 4,349,862 | 9/1982 | Bajorek et al. |
| 4,356,374 | 10/1982 | Noyori et al. |
| 4,410,905 | 10/1983 | Grabbe |
| 4,437,141 | 3/1984 | Prokop |
| 4,545,610 | 10/1985 | Lakritz et al. |
| 4,574,470 | 3/1986 | Burt |
| 4,597,617 | 7/1986 | Enochs |
| 4,604,644 | 8/1986 | Beckham et al. |
| 4,627,151 | 12/1986 | Mulholland et al. |
| 4,628,406 | 12/1986 | Smith et al. |
| 4,649,415 | 3/1987 | Herbert |
| 4,655,524 | 4/1987 | Etzel |
| 4,658,332 | 4/1987 | Baker et al. |
| 4,667,220 | 5/1987 | Lee et al. ............ 257/700 |
| 4,670,770 | 6/1987 | Tai |
| 4,681,654 | 7/1987 | Clementi et al. |
| 4,685,998 | 8/1987 | Quin et al. |
| 4,695,870 | 9/1987 | Patraw |
| 4,700,473 | 10/1987 | Freyman et al. |
| 4,709,468 | 12/1987 | Wilson |
| 4,710,798 | 12/1987 | Marcantonio |
| 4,721,993 | 1/1988 | Walter |
| 4,751,199 | 6/1988 | Phy |
| 4,751,482 | 6/1988 | Fukuta et al. |
| 4,764,804 | 8/1988 | Sahara et al. |
| 4,772,936 | 9/1988 | Reding et al. |
| 4,783,719 | 11/1988 | Jamison et al. |
| 4,793,814 | 12/1988 | Zifcak et al. |
| 4,796,078 | 1/1989 | Phelps, Jr. et al. |
| 4,811,082 | 3/1989 | Jacobs et al. |
| 4,814,295 | 3/1989 | Mehta |
| 4,818,728 | 4/1989 | Rai et al. |
| 4,842,662 | 6/1989 | Jacobi |
| 4,847,146 | 7/1989 | Yeh et al. |
| 4,855,867 | 8/1989 | Gazdik et al. |
| 4,855,872 | 8/1989 | Wojnar et al. |
| 4,860,088 | 8/1989 | Smith et al. |
| 4,866,841 | 9/1989 | Hubbard |
| 4,874,721 | 10/1989 | Kimura et al. |
| 4,878,098 | 10/1989 | Saito et al. |
| 4,884,122 | 11/1989 | Eichelberger et al. |
| 4,887,148 | 12/1989 | Mu |
| 4,893,172 | 1/1990 | Matsumoto et al. |
| 4,918,811 | 4/1990 | Eichelberger et al. |
| 4,924,353 | 5/1990 | Patraw |
| 4,926,241 | 5/1990 | Carey |
| 4,937,203 | 6/1990 | Eichelberger et al. |
| 4,937,707 | 6/1990 | McBride et al. |
| 4,941,033 | 7/1990 | Kishida |
| 4,942,140 | 7/1990 | Ootsuki et al. |
| 4,954,878 | 9/1990 | Fox et al. |
| 4,967,261 | 10/1990 | Niki et al. |
| 4,975,765 | 12/1990 | Ackermann et al. |
| 4,989,069 | 1/1991 | Hawkins |
| 4,993,954 | 2/1991 | Prevost |
| 5,006,673 | 4/1991 | Freyman et al. |
| 5,019,673 | 5/1991 | Juskey et al. |
| 5,027,191 | 6/1991 | Bourdelaise et al. |
| 5,029,325 | 7/1991 | Higgins, III et al. |
| 5,045,921 | 9/1991 | Lin et al. |
| 5,045,922 | 9/1991 | Kodama et al. |
| 5,053,922 | 10/1991 | Matta et al. |
| 5,086,337 | 2/1992 | Noro et al. |
| 5,117,275 | 5/1992 | Bregman |
| 5,123,850 | 6/1992 | Elder et al. |
| 5,136,366 | 8/1992 | Worp et al. |
| 5,148,265 | 9/1992 | Khandros et al. |
| 5,148,266 | 9/1992 | Khandros et al. |
| 5,222,014 | 6/1993 | Lin |
| 5,289,346 | 2/1994 | Carey et al. |
| 5,347,159 | 9/1994 | Khandros et al. |
| 5,350,947 | 9/1994 | Takekawa et al. |
| 5,379,191 | 1/1995 | Carey et al. |
| 5,414,298 | 5/1995 | Grube et al. |

U.S. PATENT DOCUMENTS

| Patent No. | Date | Country |
|---|---|---|
| 2586885 | 8/1986 | France |
| 60-217641 | 10/1985 | Japan |
| 1-155633 | 6/1989 | Japan |
| 1-293528 | 11/1989 | Japan |
| 1003396 | 3/1983 | U.S.S.R. |
| 8910005 | 10/1989 | WIPO |
| 9112706 | 8/1991 | WIPO |



FIG. 1



FIG. 2

FIG. 3



FIG. 4



FIG 5A      FIG. 5B



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10A
FIG. 10B
FIG. 10C
FIG. 10D
FIG. 10E





FIG. 13





FIG. 14





FIG. 16

FIG. 18





FIG. 19



FIG. 20

FIG. 21



FIG. 22



FIG. 23



FIG. 24



FIG. 25

