UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| TESSERA, INC., §<br>§<br>Plaintiff, §<br>§<br>vs. §<br>§<br>MICRON TECHNOLOGY, INC., a Delaware §<br>corporation, MICRON SEMICONDUCTOR §<br>PRODUCTS, INC., an Idaho corporation, §<br>INFINEON TECHNOLOGIES AG, a German §<br>corporation, INFINEON TECHNOLOGIES §<br>RICHMOND, LP, a Delaware corporation, and §<br>INFINEON TECHNOLOGIES NORTH §<br>AMERICA CORP., a Delaware corporation, §<br>and QIMONDA AG, a German Corporation §<br>§<br>Defendants. § | Civil Action No. 2-05cv-94<br><br>The Honorable John D. Love<br><br>Jury<br><br>FILED UNDER SEAL |

**ORDER GRANTING TESSERA'S UNOPPOSED MOTION TO EXCEED THE PAGE LIMIT IN TESSERA'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO SUPPLEMENT PRELIMINARY INFRINGEMENT CONTENTIONS TO INCLUDE INTERNAL CODENAMES AND MODEL NUMBERS DISCLOSED DURING DISCOVERY**

On this day, the Court considered Tessera's Unopposed Motion To Exceed The Page Limit In Tessera's Reply In Support Of Its Motion For Leave To Supplement Preliminary Infringement Contentions To Include Internal Codenames And Model Numbers Disclosed During Discovery. After considering all of the matters before the Court, good cause appearing therefore, it is hereby **ORDERED** that Tessera's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Tessera's Reply shall be accepted as filed.

**So ORDERED and SIGNED this 28th day of June, 2006.**

_____

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE