# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TESSERA, INC., § | | Civil Action No. 2-05cv94 JDL |
| § | | |
| Plaintiff, § | | The Honorable John D. Love |
| § | | |
| vs. § | | Jury |
| § | | |
| MICRON TECHNOLOGY, INC., a § | | |
| Delaware corporation, MICRON § | | |
| SEMICONDUCTOR PRODUCTS, INC., an § | | |
| Idaho corporation, INFINEON § | | |
| TECHNOLOGIES AG, a German § | | |
| corporation, INFINEON TECHNOLOGIES § | | |
| NORTH AMERICA CORP., a Delaware § | | |
| corporation, and QIMONDA AG, a German § | | |
| Corporation, § | | |
| § | | |
| Defendants. § | | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF TESSERA CLAIMS CONTAINING "MOVABLE" LIMITATIONS**

On this day, the Court considered Defendants' Unopposed Motion for Leave to Exceed The Page Limit In Their Reply In Support of Their Motion For Summary Judgment of Noninfringement of Tessera Claims Containing "Movable" Limitations. After considering all of the matters before the Court, good cause appearing therefore, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants' Reply shall be accepted as filed.

So ORDERED and SIGNED this 14th day of July, 2006.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE